| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| ROBERT R. POHLS & ASSOCIATES<br>12657 ALCOSTA BOULEVARD<br>SUITE #150<br>SAN RAMON    CA 94583 | 925.973-0300<br><br>Ref. No. or File No. | |

| Insert name of court and name of judicial district and branch court, if any. |
|---|
| UNITED STATES DISTRICT CT |

| SHORT TITLE OF CASE:<br>FASTABEND vs ADVANTAGE | | | | |
|---|---|---|---|---|
| 074359 | DATE: | TIME: | DEPT./DIV. | CASE NUMBER:<br>C07-5498-BZ |

UNITED STATES DISTRICT COURT
DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY TO THE WITHIN ENTITLED ACTION. I SERVED THE:

SUMMONS IN A CIVIL CASE; COMPLAINT;
CIVIL CASE COVER SHEET; NOTICE OF INTERESTED PARTIES;
ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE
NOTICE OF ASSIGNMENT OF CASE; ECF REGISTRATION INFORMATION HANDOUT;
WELCOME TO THE US DISTRICT COURT NOTICE

ON: **ADVANTAGE FINANCIAL, INC**

AT: BUSINESS FILINGS INC.
    1232 Q STREET 1ST FLOOR
    SACRAMENTO    CA 95814

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH

Barbara Lowes

WHOSE TITLE IS: Authorized to Accept

ON: 11/14/07    AT: 16:33

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

PERSON SERVING: Darin Fain         FEE FOR SERVICE:         .00

**Carson Attorney Service**
P.O. Box 4910 (94596-0910)
2158 North Main Street, Suite E
Walnut Creek, CA 94596-3708
Tel. (925) 945-1922 • Fax (925) 945-1771

Registered California process server. ☑
(1) ☐ Employee   ☑ Independent contractor
(2) Registration No.
(3) County:
(4) Expiration Date:

☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 11/20/07    ▶ _____
                              SIGNATURE

Printed on Recycled Paper