| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| ROBERT R. POHLS & ASSOCIATES<br>12657 ALCOSTA BOULEVARD<br>SUITE #150<br>SAN RAMON    CA 94583 | 925.973-0300<br><br>Ref. No. or File No. | |

Insert name of court and name of judicial district and branch court, if any.
UNITED STATES DISTRICT CT

SHORT TITLE OF CASE:
FASTABEND vs ADVANTAGE

| 074358 | DATE: | TIME: | DEPT./DIV. | CASE NUMBER:<br>C07-5498-BZ |
|---|---|---|---|---|

UNITED STATES DISTRICT COURT
DECLARATION OF SERVICE

I, THE UNDERSIGNED, DECLARE UNDER PENALTY OF PERJURY THAT I WAS ON
THE DATE HEREIN REFERRED TO OVER THE AGE OF 18 YEARS AND NOT A PARTY
TO THE WITHIN ENTITLED ACTION. I SERVED THE:

SUMMONS IN A CIVIL CASE; COMPLAINT;
CIVIL CASE COVER SHEET; NOTICE OF INTERESTED PARTIES;
ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE;
NOTICE OF ASSIGNMENT OF CASE; ECF REGISTRATION INFORMATION HANDOUT;
WELCOME TO THE US DISTRICT COURT NOTICE

ON: NORMAN JOHN EXLINE

IN THE ABOVE MENTIONED ACTION BY DELIVERING TO AND LEAVING WITH
THE PERSON HEREINAFTER NAMED, A COPY THEREOF, AT:
30 OAK COURT
DANVILLE        CA 94526

ON: 11/19/07  AT: 04:05 PM

COPIES WERE LEFT AT THE DEFENDANT'S DWELLING HOUSE OR USUAL PLACE OF
ABODE OR BUSINESS WITH A PERSON OF SUITABLE AGE AND DISCRETION.
NAME OF PERSON WITH WHOM THE DOCUMENTS WERE LEFT:
LISA AUGUSTA                              WHOSE RELATIONSHIP IS: ADMINISTR

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED
STATES OF AMERICA THAT THE FOREGOING INFORMATION CONTAINED IN THE
RETURN OF SERVICE AND STATEMENT OF SERVICE FEES IS TRUE AND CORRECT.

PERSON SERVING: VALERIE L. PECKHAM          FEE FOR SERVICE:      55.32



P.O. Box 4910 (94596-0910)
2158 North Main Street, Suite E
Walnut Creek, CA 94596-3708

Tel. (925) 945-1922 • Fax (925) 945-1771

Registered California process server.☑
(1) ❑ Employee    ☑ Independent contractor
(2) Registration No.    697
(3) County:  CONTRA COSTA
(4) Expiration Date:

☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: _____    ► _____
                                              SIGNATURE

Printed on Recycled Paper

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address)* | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| ROBERT R. POHLS & ASSOCIATES<br>12657 ALCOSTA BOULEVARD<br>SUITE #150<br>SAN RAMON     CA 94583 | 925.973-0300<br><br>Ref. No. or File No. | |

Insert name of court and name of judicial district and branch court, if any.
UNITED STATES DISTRICT CT

SHORT TITLE OF CASE:
FASTABEND vs ADVANTAGE

| 074358 | DATE: | TIME: | DEPT./DIV. | CASE NUMBER:<br>C07-5498-BZ |
|---|---|---|---|---|

## PROOF OF SERVICE BY MAIL

I AM A CITIZEN OF THE UNITED STATES AND EMPLOYED IN THE COUNTY OF CONTRA COSTA
STATE OF CALIFORNIA. I AM AND WAS ON THE DATES HEREIN MENTIONED, OVER THE AGE
OF EIGHTEEN YEARS AND NOT A PARTY TO THE ACTION.
ON **11/20/07** AFTER SUBSTITUTED SERVICE UNDER SECTION 415.20(a) OR 415.20(b)
C.C.P., WAS MADE, I SERVED THE WITHIN:

**SUMMONS IN A CIVIL CASE; COMPLAINT;**
 **CIVIL CASE COVER SHEET; NOTICE OF INTERESTED PARTIES;**
 **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE;**
 **NOTICE OF ASSIGNMENT OF CASE; ECF REGISTRATION INFORMATION HANDOUT;**
 **WELCOME TO THE US DISTRICT COURT NOTICE**

ON THE DEFENDANT, IN SAID ACTION BY PLACING A TRUE COPY THEREOF ENCLOSED
IN A SEALED ENVELOPE WITH POSTAGE THEREON PRE-PAID FOR FIRST CLASS IN THE
UNITED STATES MAIL AT: **WALNUT CREEK**     CALIFORNIA,  ADDRESSED AS FOLLOWS:

**NORMAN JOHN EXLINE**

**30 OAK COURT**
DANVILLE       CA 94526

DECLARANT: JENNIFER McGRATH

CONFORMS TO JUDICIAL COUNCIL FORM #982 (a) (23)



P.O. Box 4910 (94596-0910)
2158 North Main Street, Suite E
Walnut Creek, CA 94596-3708

Tel. (925) 945-1922 • Fax (925) 945-1771

Registered California process server ❏
(1) ☑ Employee   ❏ Independent contractor
(2) Registration No.
(3) County:
(4) Expiration Date:

☑ I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 11/21/07

SIGNATURE

♲
Printed on Recycled Paper