Robert R. Pohls (California Bar #131021)
**POHLS & ASSOCIATES**
12657 Alcosta Boulevard, Suite 150
San Ramon, California 94583-4698
Telephone: (925) 973-0300
Facsimile: (925) 973-0330

Attorneys for Plaintiff
**Pamela Fastabend**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAMELA FASTABEND,<br><br>    Plaintiff,<br><br>    vs.<br>ADVANTAGE FINANCIAL, INC. DEFINED BENEFIT PLAN; ADVANTAGE FINANCIAL, INC.; and NORMAN JOHN EXLINE,<br><br>    Defendants. | Case No. 3:07-CV-05498-BZ<br><br>**NOTICE OF SETTLEMENT** |

TO THE COURT AND TO ALL PARTIES:

PLEASE TAKE NOTICE that the parties to the above-entitled action have agreed to the terms of a settlement that they expect to resolve the dispute(s) among them. The parties anticipate that, pursuant to that settlement, this action will be dismissed in its entirety. However, at least another 31 days' time will be required before the parties can complete that settlement.

        Respectfully submitted,

        **POHLS & ASSOCIATES**
        /S/ Robert R. Pohls

        _____
        Robert R. Pohls
        Attorney for Plaintiff
        **Pamela Fastabend**