UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PAMELA FASTABEND, | ) | |
| Plaintiff(s), | ) | No. C07-5498 BZ |
| v. | ) | **CONDITIONAL ORDER OF DISMISSAL** |
| ADVANTAGE FINANCIAL, INC. DEFINED BENEFIT PLAN, et al., | ) | |
| Defendant(s). | ) | |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within 60 days of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated: January 2, 2008

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\MISC\FASTABEND.COND.DISM.wpd

1